IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAYA BROOKS, et al.,  )<br>  )<br>       Plaintiffs,  )<br>  )<br>   v.  )<br>  )<br>KARL STEPHENS, et ano.,  )<br>  )<br>       Defendants.  )<br>  ) | No. 20-cv-339-RJL |

## STATUS REPORT

Plaintiffs, with the consent of Defendants, hereby file this status report to advise the Court that the parties have resolved their differences and Plaintiffs expect to be in a position to file a Stipulation of Dismissal With Prejudice within the next three weeks.

                      Respectfully submitted,

                      */s/   John F. O'Connor*
                      John F. O'Connor
                      STEPTOE & JOHNSON LLP
                      1330 Connecticut Avenue, N.W.
                      Washington, D.C. 20036
                      (202) 429-8095 – telephone
                      (202) 429-3902 - facsimile
                      joconnor@steptoe.com

## **CERTIFICATE OF SERVICE**

I certify that on this 13th day of May, 2020, I caused a copy of the foregoing to be filed wit the Court's CM/ECF system, which will automatically serve a copy on the following counsel of record:

>Craig L. Holcomb, Esq.
>Holcomb & Straile, LLC
>3409A Urbana Pike
>Frederick, MD 21705

>/s/   John F. O'Connor