IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAYA BROOKS, et al., ) | |
| ) | |
| Plaintiffs, ) | No. 20-cv-339-RJL |
| ) | |
| v. ) | |
| ) | |
| KARL STEPHENS, et ano., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, having resolved their differences, hereby stipulate to the dismissal of this action with prejudice.

Respectfully submitted,

/s/ John F. O'Connor
John F. O'Connor
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-8095 – telephone
(202) 429-3902 – facsimile
joconnor@steptoe.com

**Counsel for Plaintiffs**

/s/ Craig L. Holcomb
Craig L. Holcomb
Holcomb & Straile, LLC
3409A Urbana Pike
Frederick, MD 21705
240-498-0349 – telephone
240-238-2730 – facsimile
clholcomb12@gmail.com

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I certify that on this __2nd__ day of ~~XXX~~ June, 2020, I caused a copy of the foregoing to be filed wit the Court's CM/ECF system, which will automatically serve a copy on the following counsel of record:

> Craig L. Holcomb, Esq.
> Holcomb & Straile, LLC
> 3409A Urbana Pike
> Frederick, MD 21705

> /s/  John F. O'Connor